# APPENDIX.

### CORNING & HORNER vs. McCULLOUGH.

A suit to enforce the liability of a stockholder, for the debt of a corporation, pursuant to a provision in the act of incorporation, is not barred by the *three* years limitation provided for actions upon statutes " the benefit and suit whereof is limited to the party aggrieved ;" (2 *R. S.* 298, § 31 ;) but may be brought at any time within six years after the cause of action accrued.

ON error from the supreme court. The action was debt to recover a sum of money due to the plaintiffs from the *Rossie Galena Company*, the stockholders being jointly and severally liable for such debts by the ninth section of the act of incorporation. (*Stat.* 1837, *p.* 446.) The defendant pleaded that the suit was not commenced " within *three* years next after the cause of action accrued." Demurrer and joinder. The case being precisely within that of *Freeland* v. *McCullough*, (1 *Denio*, 414,) the supreme court gave judgment for the defendant, and the plaintiffs brought error.

JONES, J. delivered the opinion of the court in favor of reversing the judgment of the supreme court.

JEWETT, C. J. dissented.

Judgment reversed.(*a*)

(*a*) On a subsequent day the case of *Freeland* v. *McCullough*, referred to in the text, came on to be heard on error from the supreme court, and the judgment was reversed.